FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2016 AUG -2 AM 11:54
CLERK
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| WILLIAM BENJAMIN BROWN, | ) | |
| | ) | |
| v. | ) | Case No. CV616-081 |
| | ) | CR611-001 |
| UNITED STATES OF AMERICA | ) | |

## REPORT AND RECOMMENDATION

The Government's motion to dismiss William Benjamin Brown's 28 U.S.C. § 2255 motion (CR611-001, doc. 94) as successive should be **GRANTED**. Doc. 96; *see also* doc. 96-2 (Eleventh Circuit ruling denying Brown leave to file a successive § 2255 motion here). Brown's motion to dismiss the Government's motion to dismiss is **DENIED**.[1] Doc. 98.

**SO REPORTED AND RECOMMENDED**, this 2nd day of August, 2016.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] In it he attempts to resurrect claims already reached and rejected in this Court's 2013 rulings. *See* doc. 81, *adopted*, doc. 84, *appeal dismissed for want of prosecution*, doc. 89.